AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

*E-filing*

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

**DEFENDANT - U.S**
▶ DEMARIA ALEXANDER CORGILE

**DISTRICT COURT NUMBER**
CR08-352 CW

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction       } ☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

*UNITED STATES v. DEMARIA ALEXANDER CORGILE*

COUNT ONE
Possession with Intent to Distribute Crack Cocaine
(21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

COUNT TWO
Possession with Intent to Distribute Crack Cocaine within
1,000 Feet of an Elementary School
(21 U.S.C. § 860)

| | |
|---|---|
| Imprisonment: | Maximum 80 Years Imprisonment<br>(Twice that authorized by 21 U.S.C. § 841(b)(1)(B)(iii)) |
| Fine: | Maximum $4,000,000<br>(Twice that authorized by 21 U.S.C. § 841(b)(1)(B)(iii)) |

Supervised Release:    Maximum Lifetime Supervised Release

Special Assessment:    $100

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES OF AMERICA,

V.

Demaria Alexander Corgile, a/k/a De Maria Alexander Corgile, a/k/a "Rebel",

CR08-352   CW

DEFENDANT.

## INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) - Possession with
Intent to Distribute Crack Cocaine;
21 U.S.C. § 860 - Possession with Intent to Distribute
Crack Cocaine Within 1,000 Feet of an Elementary
School

A true bill.

_____ Foreman

Filed in open court this __28__ day of
_May 2008_

_____ Clerk

Bail, $ _No bail - arrest warrant._
_Wayne D. Brazil_  5/28/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

**FILED**

MAY 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMARIA ALEXANDER CORGILE,<br>  a/k/a De Maria Alexander Corgile,<br>  a/k/a "Rebel,"<br><br>    Defendant. | No. **CR 08-352 CW**<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession with Intent to Distribute Crack Cocaine; 21 U.S.C. § 860 – Possession with Intent to Distribute Crack Cocaine Within 1,000 Feet of an Elementary School<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession with Intent to Distribute Crack Cocaine)

On or about July 31, 2007, in the Northern District of California, defendant

DEMARIA ALEXANDER CORGILE,
a/k/a De Maria Alexander Corgile,
a/k/a "Rebel,"

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, approximately 5.7 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii).

INDICTMENT

1

1 COUNT TWO: (21 U.S.C. § 860 – Possession with Intent to Distribute Crack Cocaine Within 1,000 Feet of an Elementary School)

On or about July 31, 2007, in the Northern District of California, defendant

DEMARIA ALEXANDER CORGILE,
a/k/a De Maria Alexander Corgile,
a/k/a "Rebel,"

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, approximately 5.7 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine within 1,000 feet of an elementary school in violation of Title 21, United States Code, Section 860.

DATED:

5-28-08

A TRUE BILL

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____
  AUSA GARTH HIRE

INDICTMENT

2