1  Demaria Corgile
2  CDC# T-44864  Dorm 74-154
   SUSANVILLE, CALIFORNIA 96130
3
4  In Propria Persona

RECEIVED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8   U.S. Court House
9   450 Golden Gate Ave.
10  San Francisco, Ca. 94102-3483
11
12                                          CR08-0352CW
13  United States              )  Case no. 28ID-SF-141011
14              Plaintiff      )       FUGITIVES
15      v                      )       FROM
16  Demaria Corgile            )  STATE OR TERRITORY TO STATE, DISTRICT
                               )  OR TERRITORY
17              Defendant      )  .  REQUEST DISPOSITION OF CASE
18  _____    )  .  TITLE 18 USC § 3182

19  TO THE HONORABLE JUDGES OF THE ABOVE-ENTITLED COURT:

20  DEFENDANT IN THE ABOVE-ENTITLED MATTER REQUESTS DISPOSITION OF CASE IN ACCORDANCE

21  WITH [illegible] USC § 3182.  [ 30 DAY JURISDICTION ]

22  PAC[illegible] WALKER (1980) 449 US 86, 66 L Ed 2d 304

23  Date 7-3-08          199___
24
25                              /s/ Demaria Corgile
26
27

JURT PAPER
ATE OF CALIFORNIA
O 113 REV 8

PROOF OF SERVICE BY UNITED STATES MAIL
Pursuant to C.C.P. §446, 1013(a)(c) And §2015.5; & 28 U.S.C.S §1746(2)

1  I, Demaria Corgile, the undersigned, do hereby declare that
2  I am over the age of EIGHTEEN (18) years, and a citizen of the United States,
3  and I AM/AM NOT a party to the within entitled cause of action. I am currently
4  a resident of California Correctional Center, in Lassen County. My address is
5  P.O. Box 2400, Susanville, California 96127-2400.
6  I served the following documents with this Proof of Service by United
7  States Mail, _____
8  _____ Fugitives from State or territory to state,
9  District or territory. Request disposition of case title
10 18 USC 3182 _____
11 on the party(s) listed hereunder;
12 By placing either the Original(s) or a True Copy(s) of the aforementioned
13 document(s) in a sealed envelope with all postage pre-paid into the California
14 Correctional Center's Legal Mail Deposit Box for delivery to the United States
15 Post Office in Susanville, California, and addressed to the named person(s) at
16 the following address(es): U.S. Court House
17                             450 Golden Gate Ave.
18                             San Francisco, Ca. 94102-3483
19
20
21
22 This DECLARATION is sworn to under penalty of perjury and the laws of the
23 State of California, that the foregoing is true and correct to the best of my
24 knowledge, information and belief. Executed this 3rd day of the month of
25 July, in the year 2008, at Susanville, Lassen County,
26 California.
27 Demaria Corgile                    /s/ Demaria Corgile
   Printed Name of Declarant              Signature of Declarant

STATE OF CALIFORNIA                                                                                  DEPARTMENT OF CORRECTIONS AND REHABILITATION

INMATE NOTIFICATION AND AGENCY
ACKNOWLEDGEMENT OF DETAINER RECEIVED
CDC 661 REV 10/00)

DISTRIBUTION:
ORIGINAL – AGENCY
COPY – INMATE
COPY – C-FILE

## INMATE NOTIFICATION OF DETAINER RECEIPT

| INMATE NAME | AKA | CDC NUMBER | TODAY'S DATE |
|---|---|---|---|
| Corgile, Demaria | | T-44864 | 06/16/2008 |

FACILITY NAME AND ADDRESS

California Correctional Center, PO Box 790, Susanville, CA 96127

On 06/16/2008 a detainer was filed against you. This detainer indicates that you are wanted by **SAC FBI SAN FRANCISCO** on a charge of **Viol of 21, US Code, Section(s) 841 (A)(1)-Distribution of Crack Cocaine** based on Warrant Number **281D-SF-141011**

YOU ARE HEREBY NOTIFIED (refer only to item(s) marked):

☐ You may request disposition of untried charges in accordance with Penal Code (PC) Section 1381.
☐ You may request disposition of probation in accordance with PC Section 1203.2a.

☐ You may request disposition of untried charges in accordance with PC Section 1389. (See Agreement on Detainer Form I, CDC 1664 attached.)

☐ You may request to be returned to this jurisdiction for concurrent service of times In RE Stoliker.

   If you are wanted by those authorities to complete service of an unexpired commitment in that jurisdiction and if your present California commitment has been ordered to run concurrently with that previous commitment, you may be eligible for transfer to that jurisdiction under In re Stoliker, 49 Cal. 2d 75.

   If you believe that you meet the above criteria, you may make a request to the Director, in writing and through the institution records office, asking that you be made available to those authorities so that your terms may run concurrent. If the Director grants your request, a letter will be sent to those authorities notifying them of your present status and of the fact that you are available to them.

   Those authorities may then either: (1) request that you be transferred to them in which case you will be transferred. Your sentence will run concurrently, and a detainer will be placed against you by California for your return should you complete their sentence first: (2) designate this institution as the place for service of your commitment to them in which case you will acquire the benefit of concurrent terms; or (3) deny your request in which case your only recourse will be in the courts of that jurisdiction.

☐ Pursuant to PC Section 11177.1, Uniform Act for Out-to-State Probationer or Parolee Supervision, you may waive a court appearance. See the attached CDC Form 1899, Waiver of Court Appearance – Return to Sending State.

☒ None of the above are applicable in this case.

If the subject inmate wishes to exercise any of the above marked alternatives, he/she should direct a written request to his/her institution records office.

| RECEIPT ACKNOWLEDGE (INMATE'S SIGNATURE) | CDC NUMBER | DATE | AUTHORIZED STAFF'S SIGNATURE |
|---|---|---|---|
| X | T-44864 | 6/19/08 | |

## ACKNOWLEDGEMENT TO AGENCY

TO (AGENCY'S NAME AND ADDRESS):
**Federal Bureau of Investigation
450 Golden Gate Ave.
San Francisco, CA 94102**

This is to acknowledge receipt of your detainer on the above identified subject. Notations have been entered into our records that the subject is Wanted by your agency. Should this detainer not be recalled, we will notify your office in advance of the subject's scheduled release date of: **07/30/2008**
Please note: the scheduled release date is subject to change.
Questions regarding this notification and acknowledgement may be directed to:

| INSTITUTION NAME | CALIFORNIA CORRECTIONAL CENTER |
|---|---|
| ADDRESS | P.O. BOX 790 |
| | SUSANVILLE, CA 96127-0790 |
| CONTACT PERSON | HWD/RECORDS |
| TELEPHONE NUMBER | (530)257-2181 X-4323 |

Demaria Corgile # T-44864
P.O. Box 2408
Susanville, Ca. 96127-2400
74-154P

RECEIVED
JUL 9, 2008
CLERKING
DISTRICT COURT

U.S. Court House
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

