UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson (pro tem)
**Date:** 9/3/08

**Plaintiff:** United States

**v.**                                                    **No.** CR-08-00352 CW

**Defendant:** Demaria Alexander Corgile (present - in custody)

**Appearances for Plaintiff:**
Garth Hire

**Appearances for Defendant:**
Roger Patton

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

Hearing: Trial Setting

**Notes:** This was the defendant's first appearance before District Judge. Plea proposal has been made. **Case continued to 10/1/08 at 2:00 p.m. as a control date for disposition or motions setting or trial setting.** Parties upon consent can schedule a change of plea before WDB and set sentencing before CW eleven weeks thereafter and vacate 10/1 hearing. Time excluded until 10/1/08 for effective preparation, discovery, consideration of plea agreement, and continuity of counsel.

Copies to: Chambers; WDB/Ivy